**Exhibit A to the Complaint**

**Location:** Hercules, CA  **IP Address:** 24.6.237.120
**Total Works Infringed:** 43  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4CD07E61409435908745AB6D7D540EF99B394596 | Tushy | 05/11/2018 18:22:43 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 2 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 09/01/2017 21:38:18 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 3 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/25/2018 02:55:24 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/27/2017 23:52:25 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 5 | 13F8B657984BB039924814A1A97078E76113ADE6 | Blacked | 04/01/2018 19:05:39 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 6 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/13/2018 02:58:11 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 7 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 08/03/2017 06:34:01 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 8 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 03/25/2018 02:54:20 | 02/28/2018 | 03/15/2018 | 16490950592 |
| 9 | 28B3D957F56B6E9EF0055E68DA314C0E0D743E85 | Tushy | 12/27/2017 23:32:45 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 10 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/08/2018 01:18:52 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 11 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 12/27/2017 23:51:29 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 12 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/27/2017 23:54:42 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 13 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 05/11/2018 00:24:14 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 14 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 04/10/2018 06:36:15 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 15 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 06/28/2017 08:39:26 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 16 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 03/26/2018 06:04:22 | 03/25/2018 | 04/07/2018 | 16490950968 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 08/03/2017 05:08:33 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 18 | 612F1024AF62D7203A18A850CC4D8A9DD21ADB07 | Vixen | 08/03/2017 07:14:17 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 19 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/27/2017 23:49:10 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 20 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/13/2017 08:10:08 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 21 | 733188B563BF15CED19162980E4D587EC3C32F1D | Vixen | 01/07/2018 22:55:46 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 22 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 01/08/2018 07:35:01 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 23 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 08/03/2017 06:43:40 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 24 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/18/2017 01:08:39 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 25 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 04/27/2018 21:55:43 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 26 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/01/2017 06:33:49 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 27 | 91888D1F273525E13F995A696CF0674A0B91A9B6 | Vixen | 09/05/2017 03:12:11 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 28 | 919F08AD3394E61D9E19DC2CB3D8C4752FCEA9EE | Tushy | 04/12/2018 02:33:44 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 29 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/27/2018 22:28:05 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 30 | A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185 | Blacked | 04/01/2018 19:11:23 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 31 | AA84B7F921E77ACABEAF86FF6F5E825661A5B175 | Blacked | 05/11/2018 03:03:25 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 32 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/28/2017 07:22:51 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 33 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 08/03/2017 07:13:26 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 34 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/14/2017 02:16:41 | 09/11/2017 | 09/15/2017 | PA0002052839 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BD20A2B3640B044D5293D4ED70B33D22882C170C | Vixen | 08/03/2017 07:03:58 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 36 | C8B2764834D0EA655833CE2084BFA153880993D9 | Blacked | 04/02/2018 01:13:46 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 37 | D789BCE0D78834D6638DD1902EE9F64A6F1378FA | Blacked | 05/12/2017 21:36:06 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 38 | E5FBACD5FB5328A95AE74FEDCAD2F325C3E51215 | Vixen | 12/27/2017 23:23:48 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 39 | E6B69D8BD2357CED77EA3A2ADD13CAF33C065314 | Vixen | 10/11/2017 20:24:25 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 40 | F574E0E6C407F696204F51E6C0E3E994311B7DFC | Vixen | 04/01/2018 18:11:26 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 41 | F9007BDB1432744206E0B50B8EDB45D91F06EA40 | Vixen | 08/03/2017 05:28:52 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 42 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 09/01/2017 21:33:59 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 43 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 04:03:09 | 09/21/2017 | 10/10/2017 | PA0002086168 |